AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)          ☒ Original     ☐ Duplicate Original



# UNITED STATES DISTRICT COURT

for the

Central District of California



UNITED STATES OF AMERICA,

v.

ALEX LUNA-CARRANZA,

Defendant.

Case No.   5:25-mj-00754

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about June 4, 2024, and continuing through on or about June 25, 2024, in the Counties of Riverside and Los Angeles, within the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a), (e) | Production of Child Pornography |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Katherine Schederbieschin, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:         12/09/2025

*Judge's signature*

City and state:   Riverside, California

Honorable A. Joel Richlin, U.S. Magistrate Judge
*Printed name and title*

AUSA: Peter Dahlquist

## **AFFIDAVIT**

I, Katherine Schederbieschin, being duly sworn, declare and state as follows:

## I. **PURPOSE OF AFFIDAVIT**

1.  This affidavit is made in support of a criminal complaint and arrest warrant against Alex Luna-Carranza ("LUNA-CARRANZA") for a violation of 18 U.S.C. § 2251(a), (e) (Production of Child Pornography) beginning on or about June 4, 2024 and continuing through on or about June 25, 2024.

2.  The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. **BACKGROUND OF SPECIAL AGENT KATHERINE SCHEDERBIESCHIN**

3.  I am a Special Agent ("SA") with the FBI and have been so employed since October 2024.  I am currently assigned to the FBI Violent Crimes Squad, located in Riverside, California. Prior to joining the FBI, I was enlisted in the United States Navy for eight years as an active-duty service member and currently serve in a Naval reserve unit.

4.    I am currently assigned to the Violent Crimes Squad of the Los Angeles Field Office, where I primarily investigate crimes involving child exploitation and the receipt, possession, advertisement, transmission, and production of "child pornography" or Child Sexual Abuse Material ("CSAM"), defined further below.  I am a member of the Inland Regional Child Exploitation and Human Trafficking Task Force and the Riverside County Internet Crimes Against Children/Sexual Assault Felony Enforcement Team.

5.    Through my training and experience as an FBI SA, I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer crimes, computer evidence seizure and processing, and various criminal laws and procedures.  I have personally participated in the execution of search warrants involving the search of social media accounts, email accounts, and the search and seizure of computer equipment.

6.    Through my training and experience as an FBI SA, I have become familiar with the methods of operation used by people who sexually exploit children.  I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256), or CSAM, in numerous forms of media, including on computers and digital devices.  I have personally conducted and participated in numerous authorized searches, including those specifically involving investigations of the production of CSAM, distribution

of child sexual assault material via peer-to-peer networks, and other violent crimes against children.

### III.  <u>SUMMARY OF PROBABLE CAUSE</u>

7.   In the summer of 2024, law enforcement investigators discovered that LUNA-CARRANZA, a then-23-year-old Air Force Reservist working at the March Air Reserve Base in Riverside County, exchanged sexually explicit messages, including videos of minors engaging in sexually explicit conduct, with a 13-year-old girl in North Carolina.  Investigators searched the 13-year-old girl's phone with her consent and the consent of her mother and found these messages.  LUNA-CARRANZA received videos of the 13-year-old girl engaging in sexually explicit conduct and he directed the 13-year-old girl how to pose for various sexually explicit videos.  For example, LUNA-CARRANZA told the 13-year-old girl to "hump a pillow and ride a brush pretending its [him]" and later he told her, "[y]ou are suppose to grind your clit into the pillow."  LUNA-CARRANZA also sent the 13-year-old girl a video of a female performing oral sex on a male, which LUNA-CARRANZA stated was a depiction of a 15-year-old girl "giving [him] a blowjob."

8.   Air Force investigators seized LUNA-CARRANZA's cell phone and secured a military search warrant for that phone.  As part of the FBI investigation, I also authored an affidavit in support of a warrant for that cell phone to search and seize evidence consistent with best practices for federal investigations within the Central District of California.  While searching the cell phone, FBI investigators found videos and

images that appear to be CSAM.  The cell phone also shows LUNA-
CARRANZA used a messaging platform called "session" and shared
CSAM with another session users.

IV. **BACKGROUND ON CHILD EXPLOITATION OFFENSES AND DEFINING TERMS**

9.    In this affidavit, the terms "minor," "sexually
explicit conduct," "visual depiction," "producing," and "child
pornography" are defined as set forth in 18 U.S.C. § 2256.  The
term "computer" is defined as set forth in 18 U.S.C.
§ 1030(e)(1).

10.   Based upon my training and experience in the
investigation of CSAM offenses, and information relayed to me by
other law enforcement officers involved in the investigation of
CSAM offenses, I know the following information about the use of
computers:

a.    "Chat," as used herein, refers to any kind of
text communication over the Internet that is transmitted in
real-time from sender to receiver.  Chat messages are generally
short in order to enable other participants to respond quickly
and in a format that resembles an oral conversation.  This
feature distinguishes chatting from other text-based online
communications such as Internet forums and email.

b.    "Child pornography," as defined in 18 U.S.C.
§ 2256(8), is any visual depiction, including any photograph,
film, video, picture, or computer or computer-generated image or
picture, whether made or produced by electronic, mechanical or
other means, of sexually explicit conduct, where (a) the
production of the visual depiction involved the use of a minor

engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. "Child pornography" is the statutory term, and is appropriately used when referring to statutes or specific crimes under Title 18, the but this affidavit will also refer to "child pornography" as CSAM.  The term "pornography" typically describes content created by consenting adults.  The term CSAM is less likely to trivialize the sexual abuse of child victims.

      c.   The "Internet" is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

      d.   "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

      e.   "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the anus, genitals, or pubic area of any person.

f.   "Visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## V.  <u>STATEMENT OF PROBABLE CAUSE</u>

11. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.   Law Enforcement in North Carolina Identify 13-Year-Old Girl Sending Sexually Explicit Content to LUNA-CARRANZA**

12.  In September 2024, Sgt. Jennifer Dobey of the Winston-Salem Police Department in North Carolina received an anonymous tip that a 13-year-old girl, identified in this affidavit as Minor Victim 1, received sexually explicit messages from LUNA-CARRANZA.  Sgt. Dobey contacted Minor Victim 1's mother.  The mother confirmed that Minor Victim 1 was in fact 13 years old at the time.  The mother spoke with Minor Victim 1 and inspected Minor Victim 1's cell phone.  The mother reported that Minor Victim 1 had been sending messages to a 23-year-old man named "Alex" who may be in the United States Air Force and who lived in "Paloma" California.[1]  The mother then provided Minor Victim 1's cell phone to Sgt. Dobey and consented law enforcement searching the cell phone.  A few days later, investigators

_____

[1] Further investigation revealed that LUNA-CARRANZA lived in Pomona, California and he was a reservist in the United States Air Force.

conducted an interview with Minor Victim 1.  Minor Victim 1 stated that she met LUNA-CARRANZA on Snapchat.  She stated she was honest with LUNA-CARRANZA about her age.  She estimated that she had sent LUNA-CARRANZA about 50 sexually explicit videos and that she sent videos to him just about every day they communicated.  Minor Victim 1 communicated with LUNA-CARRANZA through Snapchat and through text messages to a phone number of (626) 486-7280 (the "7280 number").[2]  Victim 1 addressed the user of the 7280 number via iMessage as, "ALEX LUNA," and correctly described LUNA-CARRANZA as a 23-year-old Hispanic man and provided LUNA-CARRANZA's true date of birth.  During the interview, Minor Victim 1 also provided written consent for investigators to search her phone.

**B.  Search of Minor Victim 1's iPhone Reveals Sexually Explicit Messages and Videos Sent to the 7280 Number**

13.  Investigators searched a forensic copy of Minor Victim 1's phone and discovered that between June 4 and September 6, 2024, Minor Victim 1 exchanged sexually explicit messages and videos with the user of the 7280 number and the user of a Snapchat account.

14.  In a Snapchat chat on or around June 4, 2024, a user with the username "aluna1421" and Minor Victim 1 began a dialogue.[3]  The user with username aluna1421 discussed his age

---

[2] Snapchat is a mobile messaging app that focuses on sending temporary photos and videos called "Snaps" to friends.  It is designed for short-term communications with features like messages that disappear after being viewed.

[3] Minor Victim 1's username is not included to further protect her identity.

with Minor Victim 1 and originally said, "15 almost 16." The user with username aluna1421 then stated, "I lied about my age im actually 23." Minor Victim 1 stated, "Do you like my 13yo pussy daddy."

15. In a Snapchat conversation on or around June 4, 2024, a user with the username "aluna1421" chatted with Minor Victim 1 and stated, "If you were my daughter id be using you every night." Additionally, the user with username aluna1421, told Minor Victim 1, "I have done it with a cousin when i was younger." The user with username aluna1421 further stated, "She was the one who introduced me to incest."

16. In a Snapchat chat on or around June 4, 2024, a user with the username "aluna1421" and Minor Victim 1 discussed sexually explicit conduct by exchanging the following messages as reflected by a Snapchat chat on Minor Victim 1's phone:

aluna1421: 'Adrian is actually around your age but only reason i knew him was cause i fucked his girlfriend and he found out then i sent him a video'

aluna1421: Responded 'Would love to' to "Wanna come fuck me?"

aluna1421: 'Fuck those tight virgin holes'

Minor Victim 1: Responded 'Oh that's great' to "Adrian is actually around your age but only reason i knew him was cause i fucked his girlfriend and he found out then i sent him a video."

aluna1421: 'I have the video of her giving me a blowjob (winky face)'

Minor Victim 1: 'Can I See'

aluna1421: 'Let me find it'

Minor Victim 1: 'How old is she'

aluna1421: 'Btw princess do you have discord?'

Minor Victim 1: 'Yes.'

Minor Victim 1: 'Why'

aluna1421: Responded 'She was 15 but they arent together anymore' to "How old is she"

aluna1421: Responded 'Yes' to "Would u ever be down to cum on vc with me."

17.    The user aluna1421 then sent Minor Victim 1 a video of a female preforming oral sex on a male.  The male's face is not visible.

18.    On or around June 6, 2024, the user of the 7280 number and Minor Victim 1 engaged in the following iMessage chat:

7280 number: 'Ngl i kinda wanna see you hump a pillow and ride a brush pretending its me'

Minor Victim 1: 'Im all alone daddy anyone can come rape me'

Minor Victim 1: 'I'll hump a pillow'

Minor Victim 1: 'Do you want me to wait until you can call meee'

7280 number: 'Mmmm'

7280 number: 'No princess dont wait cause it will too late and mom will get home'

7280 number: 'Just play rn and record it and dont send it until later'

Minor Victim 1: 'Okkk'

Minor Victim 1: 'She's going out for music bingo at a bar'

Minor Victim1: 'She'll probably be out til 12'

Minor Victim 1: 'But I will daddy'

Minor Victim 1: 'Do you want graphic texts about how it feels?'

7280 number: 'Okayyy'

7280 number: 'So we will have time to call and play then'

7280 number: 'And yes i do'

Minor Victim 1: 'Yes'

Minor Victim 1: 'We will'

7280 number: 'I want you to hump a pillow and ride a brush for me then'

7280 number: 'Well actually if you want to wait thats fine so we can facetime'

Minor Victim 1: 'I'll wait'

Minor Victim 1: 'But I don't think my pussy can handle a brush right now'

Minor Victim 1: 'It's really wrecked'

Minor Victim 1: 'I went way to hard'

Minor Victim 1: 'Sorry'

Minor Victim 1: 'My whole lower half'

Minor Victim 1: 'Is in so much pain'

Minor Victim 1: 'And I liked phone sex'

Minor Victim 1: 'It was hotter than FaceTime'

Minor Victim 1: 'I like how you're struggling'

Minor Victim 1: 'Cuz u wanna seee my pussy'

7280 number: 'Yes princess im strugglign sooo much rn'

7280 number: 'You have no clue'

7280 number: 'I cnt even think straight or type straight'

Minor Victim 1: (Two smiley face emoji's)

Minor Victim 1: 'Phone sex'

Minor Victim 1: 'Not ft'

Minor Victim 1: 'That's a thing'

Minor Victim 1: 'I'm not ready for ft'

Minor Victim 1: (smiley face emoji)

7280 number: 'Okayyy thats okay then phone sex it is'

7280 number: 'Just record as much as you can rn'

19.    Later in the exchange, on or around June 6, 2024, and June 7, 2024, the user of the 7280 number and Minor 1 engaged in the following iMessage chat:

Minor Victim 1: 'How do I hmo a pillow'

7280 number: 'Put the pillow in between your legs and put your wet cunt on it and pretend your riding me'

Minor Victim 1: 'But'

Minor Victim 1: 'I feel awkward'

7280 number: 'You are suppose to grind your clit into the pillow'

Minor Victim 1: 'Like how do I make it feel good'

7280 number: 'I had a video before of some girl doing it but i don't have it anymore'

7280 number: 'Try to search for it on pornhub?'

20.    Minor Victim 1 then sent multiple videos to the user of the 7280 number, including the following three videos:

a.   One video, "IMG_7570.MOV," was approximately 41 seconds long and depicts Minor Victim 1 straddling a pillow and humping it.  Minor Victim 1's bare vagina and anus are visible in the video.

b.   One video, "IMG_7571.MOV," is approximately 12 seconds long and depicts a close-up of a bare vagina being stimulated by fingers.

c.   One video, "IMG_7566.MOV," is approximately four seconds long and depicts Minor Victim 1 straddling a pillow and humping it.

21.  On or around June 7, 2024, Minor Victim 1 sent approximately ten videos to the user of the 7280 number, including the following two videos:

a.   One video, "IMG_7574.MOV," is approximately 25 seconds long and depicts Minor Victim 1 using a green foreign object and manipulating her vaginal area.  Minor Victim 1's bare vagina and face are visible in the video.

b.   Another video, "IMG_7575.MOV," is approximately 58 seconds long and depicts Minor Victim 1 standing nude.  Minor Victim 1 then lays down on the ground and attempts to insert the green foreign object into her vagina.  Minor Victim 1's face, anus, and bare vagina are visible in the video.

22.  On or around June 7, 2024, Minor Victim 1 and the user of the 7280 number engaged in the following iMessage chat:

7280 number: 'Hehe just make sure your pussy is under the water full blast and that it hits your clit'

Minor Victim 1: 'I will'

7280 number: 'Maybe once your out you can use the massage gun again as a vibrator'

Minor Victim 1: 'Maybe'

Minor Victim 1: 'My mom will be back soon'

Minor Victim 1: 'She's at the bank'

7280 number: 'I wanna see 2 angles tho, one of your phone far away so i can see the water on your clit and your face orgasm'

7280 number: 'Actually just that angle'

Minor Victim 1: 'Do you want teasing photos'

7280 number: 'Well better hurry so u can use it (winky face)'

Minor Victim 1: 'Rn'

7280 number: 'Yes'

Minor Victim 1: 'Okkk'

Minor Victim 1: (Two images were sent.)[4]

7280 number: 'Holy crap'

7280 number: 'Last one looks hot asf'

7280 number: 'I cant wait to see the video'

Minor Victim 1: 'You want it nooow'

23.  Minor Victim 1 then sent a series of videos to the user of the 7280 number, including the two videos described below:

---

[4] One image depicted Minor Victim 1 in the bathtub, with the top of the pubic area visible. The second image depicted Minor Victim 1 laying on her back in the bathtub, with her vaginal region under the running water, and her breasts, face, and pubic area visible.

a.   One video is approximately one minute and 12 seconds.  The video is a masturbation video showing a vagina being stimulated by fingers and running water from the faucet of the bathtub.  Minor Victim 1's face and breasts are clearly visible in the video.  At the end of the video, Minor Victim 1's face is visible.

b.   Another video is approximately 17 seconds long. The video is a masturbation video showing a close-up of a bare vagina being stimulated by fingers and running water from the faucet of the bathtub.  Minor Victim 1's face and breasts are visible in the video.

24.  On or around June 11, 2024, Minor Victim 1 and the user of the 7280 number engaged in the following iMessage chat:

Minor Victim 1: 'Text me when you get to work'

7280 number: 'At workkk'

7280 number: Responded 'How'(along with three skull emojis) to "If it makes you feel any better you died in me"

Minor Victim 1: (Hand covering mouth emoji) 'so no more nudes then'

Minor Victim 1: 'And idk you just like died'

Minor Victim 1: (two sad face emojis)

Minor Victim 1: 'It's ok tho cuz ur alive now'

Minor Victim 1: 'Daddddyyyy'

Minor Victim 1: 'I wish your cock was in me'

7280 number: 'Laughed at (hand over face emoji) "so no more nudes then"

7280 number: 'Horny already??? So cute'

14

Minor Victim 1: 'Yes I am'

7280 number: Responded 'No no no keep the nudes goong' to "(Hand covering mouth emoji) so no more nudes then"

Minor Victim 1: 'Shall I send them?'

7280 number: Responded 'Dont tell me cause then ima be horny the rest of the day' to "Yes I am"

Minor Victim 1: 'I'm very horny'

7280 number: Responded 'No no not rn' to "Shall I send them?"

Minor Victim 1: 'Okkk'

7280 number: Responded 'Better fuck yourself good and record a long video for me' to "I'm very horny"

Minor Victim 1: 'My fingers feel really good in my little cunt'

7280 number: Responded 'I want you to fuck yourself hard and fast pretend my cock is in you' to "I'm very horny"

7280 number: Responded 'Stoppp' to "My fingers feel really good in my little cunt"

Minor Victim 1: 'They do'

Minor Victim 1: 'Fuckkk'

Minor Victim 1: 'I might come after only a minute'

25.  At the end of this exchange, Minor Victim 1 sent the user of the 7280 number a video.  The video is approximately one minute and seven seconds long.  The video is a masturbation video showing a close-up of a bare vagina being stimulated and penetrated by fingers.  At the end of the video, Minor Victim 1's face is visible.  After sending the video to the 7280

number, Minor Victim 1 sent the user of the 7280 number messages that said "Daddy" and "I litterally creamed."

26.   On or around June 26, 2024, Minor Victim 1 sent the user of the 7280 number five additional videos:

a.   The first video is approximately eight seconds long.  The video is a masturbation video showing fingers under black and gray panties manipulating a vagina.  The video captures the face of the person, who appears to be Minor Victim 1.

b.   The second video is approximately four seconds long.  The video is a masturbation video showing fingers under black and gray panties manipulating a vagina.

c.   The third video is approximately 44 seconds long. The video is a masturbation video depicting a bare vagina being digitally manipulated and penetrated.  The video captures the face of the person, who appears to be Minor Victim 1.

d.   The fourth video is approximately 33 seconds long and depicts a bare vagina being digitally manipulated and penetrated.  The video captures the face of the person, who appears to be Minor Victim 1.

e.   The fifth video is approximately four seconds long and depicts a Minor Victim 1 putting one of her fingers in her mouth and licking it.

27.   On or around June 25, 2024, Minor Victim 1 and the user of the 7280 number engaged in the following iMessage chat:

7280 number: Responded 'Yuppp ill try not to be moody but the heat and uniform pisses me off' to "Call tn?"

Minor Victim 1: 'Thank you dadddy'

Minor Victim 1: 'I'll have a good day'

Minor Victim 1: 'Have a good day'

Minor Victim 1: 'I'll record for you (kiss face emoji)'

Minor Victim 1: 'It's ok if you get cranky'

Minor Victim 1: 'Can I touch and come'(Unspecified media sent)

7280 number: 'Cute little pussy'

7280 number: 'If u can record yea'

Minor Victim 1: '(laughing emoji x2)'

7280 number: 'Loved "I'll record for you (kiss face emoji)"'

Minor Victim 1: 'Will do daddy'

7280 number: 'Loved "Have a good day"'

7280 number: 'Okay princess'

Minor Victim 1: 'Loved "Cute little pussy"'

Minor Victim 1: '(Smile emoji x2)'

Minor Victim 1: '(Kiss face emoji x2)

7280 number: 'Have fun princess'

Minor Victim 1: 'I will daddy'

Minor Victim 1: 'Yk I will'

Minor Victim 1: 'I'll picture your cock when I do'

7280 number: 'Mm good girl'

Minor Victim 1: 'Just came daddy'

7280 number: 'Good job princess'

28.  In the note section of Minor Victim 1's phone, investigators found a note of October 13 being CARRANZA-LUNA's

date of birth.  Additionally, the Snapchat profile of username,
aluna1421, whose profile listed a date of birth as October 13th.
On approximately June 4, 2024, LUNA-CARRANZA stated, "I lied
about my age im actually 23."  CARRANZA-LUNA's California
Driver's License lists his date of birth as October 13 and lists
his address in Pomona, California.

29.  On or about June 9, 2024, the user of the 7280 number
sent Minor Victim 1 IMG_3834.heic, depicting CARRANZA-LUNA in
military service uniform.  After sending the message, the user
of the user of the 7280 number told Minor Victim 1 to delete the
image.  The user of the 7280 number stated, "Did it unsend for
you?"  The user of the 7280 number then told Minor Victim 1,
"Wtf i pressed unsend."  Below, on the left, is the image
IMG_3834.heic, which is the image the user of the 7280 number
sent Minor Victim 1 on June 9, 2024.  The blacked-out name tape
on LUNA-CARRANZA's chest is in the original image from Minor

 

Victim 1's phone.  Below, on the right, is CARRANZA-LUNA's
California Driver's License photograph.

30.  The metadata from the images from the 7280 number
showed the device was an iPhone 11.

### C.  Air Force Law Enforcement Investigators Further Confirm the Identify LUNA-CARRANZA

31.  SA Daniel J. Dean, from the Air Force Office of
Special Investigations at March Reserve Air Base, identified
LUNA-CARRANZA as the user of the 7280 number.  On a document
LUNA-CARRANZA submitted to the Air Force providing personal
identifying information, LUNA-CARRANZA listed the 7280 number as
his phone number.  On the same document, LUNA-CARRANZA provided
his address in Pomona, California.  That document was dated
March 23, 2023.

32.  To determine whether the military had jurisdiction for
military crimes under the Uniform Code of Military Justice, SA
Dean reviewed military records showing when LUNA-CARRANZA was on
active-duty status.  As a reservist, LUNA-CARRANZA is not always
in a duty status, and therefore, he is not always subject to
military jurisdiction.  The Air Force Reserve system that is
used to generate military orders for reservists shows LUNA-
CARRANZA was on orders, in a military status at March Air
Reserve Base in Riverside County located in the Central District
of California, from June 10 to 13, June 24 to 28, and July 8 to
12 of 2024.

33.  Based on the information SA Dean discovered, he
drafted an affidavit in support of a warrant to search LUNA-

CARRANZA for his iPhone 11 and to search the iPhone 11 once
seized.  On September 13, 2024, Major Edward J. Bobett,
Commander of the 452 Logistics Readiness Squadron, located at
March Air Reserve Base, within Riverside County, approved the
warrant.

34.  On September 14, 2024, investigators from the Air
Force Office of Special Investigations arrested LUNA-CARRANZA
and seized an iPhone 11 from him, consistent with the
authorization of their warrant.  Investigators attempted to
interview LUNA-CARRANZA, but LUNA-CARRANZA became ill and
requested medical assistance.  Accordingly, Air Force
investigators terminated the interview.

**D.    Evidence from LUNA-CARRANZA's Cell Phone**

35.  FBI SAs began assisting with the investigation in the
fall of 2025.  On November 21, 2025, in case number 5:25-mj-
00721, the Honorable A. Joel Richlin approved an application for
a search warrant authorizing investigators to search LUNA-
CARRANZA's cellular device, an iPhone 11, Serial Number
DNPZCT08N72Q, with telephone number as the 7280 number.  On or
around November 25, 2025, SAs began a review of a forensic
download of that device.  Within just a few days of the one-year
review period authorized by the warrant, SAs located several
items of relevance to the investigation.  SAs located images of
LUNA-CARRANZA, including the original image of LUNA-CARRANZA in
his military service uniform included above.  LUNA-CARRANZA's
nametag is clearly visible and read, "LUNA-CARRANZA." SAs
discovered numerous image files of LUNA-CARRANZA, including

additional image files of LUNA-CARRANZA in a military service uniform and a military physical fitness uniform. SAs also located image files depicting LUNA-CARRANZA's California Driver's License and Military Identification card. So far, SAs located approximately 215 CSAM video files and approximately 30 CSAM image files that I believe meet the definition of child pornography as defined in Section IV, above.  Of these files, approximately 22 CSAM videos included children between the ages of two and four years old. There were also at least three files of sadomasochism and bondage. Three CSAM video files SAs found on LUNA-CARRANZA's device are described below:

a. A video, approximately 16 minutes and 53 seconds in duration, bearing file name, "9yo Jenny.mpg" depicted a prepubescent female, approximately 8-9 years old, with the prepubescent female's hands and legs wrapped together with yellow rope and a collar around her neck.  An adult male inserted his erect penis into the prepubescent female's mouth, while he rubs her vagina with his fingers.  At approximately 3 minutes and 20 seconds, the prepubescent female has a black blind fold on, while performing oral copulation on an adult male's penis.  At approximately 13 minutes and 27 seconds, the prepubescent female inserts an erect male dog's penis into her mouth.

b.  A video, approximately 6 minutes and 49 seconds in duration, bearing file name, "02.3gp" depicting a compilation video including a prepubescent female, aged approximately 5-7 years old, wearing a dark shirt, pink socks, silver handcuffs

around her wrists, and ankles zip tied.  The adult male digitally penetrated her vagina and inserted a pink foreign object into her anus.  At approximately 3 minutes and 42 seconds, the background screen is black with green writing, which read, "MY NIECE AT AGE 4," and depicted a prepubescent female being penetrated in the vagina by an erect adult male penis.  Furthermore, the video shows multiple clips of an adult male inserting his erect penis into a prepubescent female's vagina, in multiple sex positions.  At approximately 4 minutes and 51 seconds, an adult male ejaculates onto the prepubescent female's back.

c.    A video, approximately 33 seconds in duration, bearing file name, "IMG_2521.MP4" and depicted a nude prepubescent female, aged approximately 2-4 years old, wearing pigtails, and lying on her back, while an adult male performs oral sex on her vagina. The prepubescent female's vagina is visible.

36. Additionally, SAs discovered Minor Victim 1's contact information, including her telephone number and iCloud account information.  Furthermore, in addition to the CSAM videos and image files described in paragraph 35, above, SAs discovered approximately 118 CSAM image files and approximately 55 CSAM video files depicting Minor Victim 1.  Also, SAs located sexually explicit images of an erect adult male penis sent to Minor Victim 1 from LUNA-CARRANZA.  SAs located the image and video files in the chat exchanges sent via text message.

### E.   LUNA-CARRANZA's Distributing Child Pornography on "Session"

37.   On LUNA-CARRANZA's cell phone, SAs found a dialogue on Session from on or around August 14, 2024.  Session is a private end-to-end encrypted messenger application, which does not provide any real-life identifying information, including user ID's or IP addresses. In the dialogue, Session user ID "iiVisual" provided another Session user with Discord username "eltakuachecuhh."  Previously in a Snapchat dialogue between aluna1421 and Minor Victim 1, aluna1421 provided Minor Victim 1 with his Discord username, "eltakuachecuhh" therefore, it is reasonable to believe that iiVisual is LUNA-CARRANZA's Session's user ID.

38.   In a Session chat on or around September 6, and September 7, 2024, a user with the username "iiVisual' and username "user763four" engaged in a chat dialogue.

user763four: 'hi'

iiVisual: 'Yo'

user763four: 'how old are you'

iiVisual: (sent video file, 9C7263D8-C2CB-4C24-A35E-3BDFEE8C4B9A.mp4, that is approximately 1 minute and 30 seconds in duration, and depicted a nude prepubescent female, approximately 6-8 years old, laying on top of an adult female, who performed oral sex on the prepubescent female. At approximately 25 seconds, the adult female digitally penetrated the prepubescent female's vagina, which is visible.)

iiVisual: '26'

iiVisual: 'You?'

user763four: '18'

user763four: 'so do you have baby'

iiVisual: 'No i do not'

iiVisual: 'I wish or else ill be filling it up'

user763four: 'oh'

user763four: 'what do you have'

user763four: '?'

iiVisual: 'I sent u a vid'

user763four: 'i didn't like it'

user763four: 'can you send a better one'

iiVisual: 'After you send one'

user763four: 'of dog'

user763four: (sent video file that is approximately 47 seconds in duration, which depicted a white dog licking an adult female's vagina.)

user763four: 'send'

iiVisual: 'Send a young one like i sent'

user763four: 'okay send a video ill like'

user763four: 'it's your turn'

user763four: '?'

iiVisual: 'Im deleting this, some 13 year olds mom caught her phone and is making a report to the police from another state and im scared.  Dont think ill be doing this anymore'

iiVisual: 'She had my face saved and shit'

24

**F.    Cybertip Report on LUNA-CARRANZA's Snapchat Account**

39.    On or around June 27, 2024, according to Cybertip Report 195803519, a member of the public made a report for the name "Luna," and Snapchat username "aluna1421" for "Online Enticement of Children for Sexual Acts."  The reporting party, communicated that "aluna1421" stated, "he talked to several other underage girls, and has called them and has gone over to have sex with them."  Additionally, the reporting party stated "aluna1421" requested sexually explicit images.  The reporting party stated "This adult man added me and i felt scared and so i pretended to play into his sexual feelings by saying things that i really do not feel."  The reporting party stated that even after denying his requests, "he is still asking me 'why arent you going to send' and stuff like that."

///

///

///

## VI. <u>CONCLUSION</u>

40.  For all of the reasons described above, there is probable cause to believe that LUNA-CARRANZA has committed a violation of 18 U.S.C. § 2251(a), (e) (Production of Child Pornography) beginning on or about June 4, 2024 and continuing through on or about June 25, 2024.

Attested to by the applicant in
accordance with the
requirements of Fed. R. Crim.
P. 4.1 by telephone on this 9th
day of December 2025.

_____
HONORABLE A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE